

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-16-00118-CR
### NO. 02-16-00119-CR
### NO. 02-16-00120-CR

WALEED H. HAWIDI                                                    APPELLANT

V.

THE STATE OF TEXAS                                                        STATE

------------

FROM CRIMINAL DISTRICT COURT NO. 3 OF TARRANTCOUNTY
TRIAL COURT NOS. 1271961D, 1271962D, 1271964D

----------

## MEMORANDUM OPINION[1]

----------

We have considered "Appellant's Motion To Dismiss Appeal[s] And Agreed

Motion To Accelerate Mandate[s]."[2]  The motion complies with rule 42.2(a) of the

---

[1]*See* Tex. R. App. P. 47.4.

[2]The certificate of conference states that the "Tarrant County Criminal District Attorney's office does not oppose this motion and is in agreement with the issuance of the mandate being accelerated."

rules of appellate procedure. *See* Tex. R. App. P. 42.2(a). No decision of this court having been delivered before we received this motion, we grant the motion and dismiss these appeals. *See* Tex. R. App. P. 42.2(a), 43.2(f). By agreement of the parties, the mandate will immediately issue in each of Appellant's three appeals. *See* Tex. R. App. P. 18.1(c).

/s/ Sue Walker
SUE WALKER
JUSTICE

PANEL: WALKER, MEIER, and GABRIEL, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: May 12, 2016